# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-0675
LT Case No. 1973-CF-004922-A

_____

KENNETH WRIGHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Kenneth Wright, Raiford, pro se.

No Appearance for Appellee.

July 15, 2025

PER CURIAM.

AFFIRMED. *See Franklin v. State*, 258 So. 3d 1239, 1241 (Fla. 2018) and *State v. Michel*, 257 So. 3d 3 (Fla. 2018).

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____